**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-7035

NIGEL CLARKE, and all other similarly situated,

Plaintiff - Appellant,

v.

FOURTH CIRCUIT COURT JUDGES; EASTERN DISTRICT OF NORTH CAROLINA JUDGES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-ct-03025-D)

Submitted:  February 26, 2019                    Decided:  March 12, 2019

Before MOTZ, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nigel Clarke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nigel Clarke appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2012) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] *Clarke v. Fourth Circuit Court Judges*, No. 5:17-ct-03025-D (E.D.N.C. Aug. 1, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although Clarke has named the judges of this court as defendants, we exercise our discretion to decide the appeal pursuant to the rule of necessity. *See United States v. Will*, 449 U.S. 200, 211-17 (1980).